# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JORDAN C. USMAN, | * |
| Petitioner, | * CIVIL ACTION NO.: 2:21-cv-54 |
| v. | * |
| COMMISSIONER TIMOTHY WARD, | * |
| Respondent. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Petitioner Jordan Usman ("Usman") did not file Objections to the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **DENIES** Usman's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Usman *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ___7___ day of ___August___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA